**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 11-2197**

———————————

UNITED STATES OF AMERICA,

　　　　　Plaintiff – Appellee,

　　v.

AVON CARROLL,

　　　　　Claimant – Appellant,

　　and

CURRENCY, $447,815.00 IN U.S.,

　　　　　Defendant.

———————————

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Catherine C. Eagles,
District Judge.  (1:09-cv-00204-CCE-PTS)

———————————

Submitted:  March 19, 2012　　　　Decided:  March 28, 2012

———————————

Before AGEE, DAVIS, and FLOYD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Avon Carroll, Appellant Pro Se.  Lynne P. Klauer, Assistant
United States Attorney, Greensboro, North Carolina, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Avon Carroll appeals from the district court's decree and judgment directing the forfeiture of $447,815 in United States currency in the United States' in rem action seeking forfeiture of the currency under 21 U.S.C.A. § 881(a)(6) (West 2006 & Supp. 2011) and 18 U.S.C.A. § 981(a)(1)(C) (West 2006 & Supp. 2011). Carroll argues that the district court erred in adopting the recommendation of the magistrate judge and striking his claim for the currency and his answer to the United States' verified complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Currency, U.S., $447,815.00</u>, No. 1:09-cv-00204-CCE-PTS (M.D.N.C. Sept. 2 & Sept. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>